FERGUSON v. STATE. (No. 5010.)

(Court of Criminal Appeals of Texas. April 10, 1918.)

Appeal from District Court, Galveston County; Clay S. Briggs, Judge.

Roscoe Ferguson was convicted of burglary, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This case is a conviction for burglary. The statement of facts is in the same condition as in No. 4988 against the appellant this day decided, 202 S. W. 733, and will therefore not be considered. This leaves the record before us without any question that can be revised.

The judgment will be affirmed.

PRENDERGAST, J., absent.